# Order

Michigan Supreme Court
Lansing, Michigan

April 19, 2019

157930

IN THE MATTER OF

THERESA M. BRENNAN, JUDGE
53rd DISTRICT COURT

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC: 157930
JTC Formal Complaint No. 99

BEFORE THE JUDICIAL TENURE COMMISSION
_____/

On order of the Court, the recommendation of the Judicial Tenure Commission having been filed, together with the record as required by MCR 9.223, it is ORDERED that if a petition under MCR 9.224 is filed, oral argument on the petition and the response thereto will be heard on Wednesday, June 19, 2019, at 9:30 a.m.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 19, 2019



Clerk

a0418